```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SIMON RABAN, et al.             :        CIVIL ACTION
                                :
         v.                     :
                                :
PATRICK BUTLER, et al.          :        NO. 11-5656
```

ORDER

AND NOW, this 22nd day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants to dismiss the complaint (Doc. No. 9) is GRANTED;

(2)  plaintiffs' claims under 42 U.S.C. § 1983 and § 1985 are DISMISSED with prejudice on the ground of qualified immunity from suit under Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

(3)  plaintiffs' supplemental state law claims are DISMISSED under 28 U.S.C. § 1367(c)(3) without prejudice to their right to refile in the appropriate state court.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                       J.